AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV - 2 2020

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Irma TREVINO-Morin<br>YOB: 1958<br>COB: U.S.<br>*Defendant(s)* | )<br>)<br>)  Case No. M-20-2367-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 31, 2020,__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 952 | Knowingly and intentionally import into the United States a schedule II controlled substance to wit approximately 3.24 kilograms of Cocaine |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by AUSA Laura Garcia

/s/ Cordero Contreras
*Complainant's signature*

Cordero B. Contreras, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FRCrP 4.1, & probable cause found on:

Date: __November 2, 2020 8:09 a.m.__

[signature] Peter E. Ormsby
*Judge's signature*

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate
*Printed name and title*

## ATTACHMENT A

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On October 31, 2020, at approximately 7:55pm Irma TREVINO-Morin a United States Citizen entered the United States through the Hidalgo, Texas Port of Entry (POE) from Mexico driving a Hyundai Elantra along with her thirteen (13) year old granddaughter sitting in the front passenger seat. The registered owner of the vehicle is TREVINO's daughter Brissa Trevino-Morin (Brissa).

At the Hidalgo POE, TREVINO and the vehicle were referred for secondary inspection. During the secondary inspection, a Narcotics Detection Dog alerted to the presence of narcotics in the vehicle. CBP officers utilized a Z-Portal scan, which revealed anomalies within the front passenger seat. A search resulted in the discovery of three (3) packages concealed within the front passenger seat. The substance within the packages field tested positive for the properties of cocaine a controlled substance with an approximate total weight 3.24 kilograms.

TREVINO provided a statement to HSI Agents. TREVINO's statement contained multiple inconsistencies.

TREVINO stated she was staying in Carmargo, Mexico. TREVINO stated the morning of October 31, 2020, she traveled from Carmargo, Mexico to Rio Grande City, Texas crossing through the Rio Grande City POE to get groceries for her daughter, Indria Enriquez who resides in Carmargo, Mexico. TREVINO stated she then traveled back to Carmargo, Mexico to drop off the groceries and pick up her granddaughter. TREVINO stated after picking up her granddaughter in Carmargo she travelled to Reynosa to look for her daughter Brissa. TREVINO stated she waited for her daughter Brissa, at her home in Reynosa for approximately two (2) hours and that Brissa never showed. As well at one point TREVINO also stated she traveled from Carmargo to Reynosa to pick up her granddaughter who was staying with her daughter Brissa in Reynosa, Mexico. TREVINO stated she traveled from Brissa's home in Reynosa to the Hidalgo POE where she was going to drop off her granddaughter with the granddaughter's mother, Enriquez in Rio Grande City, Texas. TREVINO denied knowledge of the narcotics.

HSI SAs notified Enriquez, TREVINO and her daughter, the 13 year old child, were detained at the Hidalgo POE. Enriquez provided a statement to Agents. Enriquez stated on October 31, 2020 she was in Carmargo, Mexico she was asked by TREVINO, her mother, if she could take her daughter, the 13 year old child, to a store in Rio Grande City, Texas. TREVINO picked up her daughter from Carmargo, Mexico. Enriquez agreed to let TREVINO take her daughter to the store but TREVINO was to bring her daughter back to her in Carmargo, Mexico. Enriquez stated she does not believe her sister Brissa has a residence in Reynosa, Mexico.

2

Cont. ATTACHMENT A

A search of law enforcement databases verified at approximately 9:44am on October 31, 2020, TREVINO operating the same Hyundai Elantra crossed from Mexico into the United States through the Rio Grande City POE. TREVINO was referred to secondary where an inspection of the vehicle was conducted and no contraband was located within the vehicle.

A search of law enforcement databases verified TREVINO has a prior felony drug related conviction.